UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.1)
Eastern Division

KTM AG

        Plaintiff,

v.

Case No.: 1:24−cv−08124

Honorable Virginia M. Kendall

The Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associations Identified on Schedule A Hereto

        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, October 29, 2024:

    MINUTE entry before the Honorable Virginia M. Kendall. Motion hearing held on 10/29/2024. Defense Counsel representing Defendants Alibaba and Aliexpress appeared via Webex. Briefing schedule set regarding Motion to compel [44] and Temporary Restraining Order [35]. Responses due by 11/19/2024; Replies die by 12/10/2024. Status hearing set for 1/28/2025 at 9:30 AM. Mailed notice(lk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.